```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

DAVID LEE JEMISON, 115044,      )
                                )
    Plaintiff,                  )
                                )
vs.                             )   CIVIL ACTION 11-0286-KD-M
                                )
OFFICER SLATER,                 )
                                )
    Defendant.                  )

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 28th day of September, 2011.

```
                         s/ Kristi K. DuBose
                         KRISTI K. DuBOSE
                         UNITED STATES DISTRICT JUDGE
```